**Motion Granted; Order filed October 22, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00062-CV

———————

### IN THE INTEREST OF L.C.L. AND M.E.M., CHILDREN

---

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-03785J**

---

### EN BANC ORDER

On July 16, 2019, this court issued a Majority Opinion and a Judgment in this appeal. On July 31, 2019, appellant, F.L., filed "Appellant's Motion for en banc Reconsideration." On September 24, 2019, one panel member issued a Dissenting Opinion. On October 7, 2019, appellee the Department of Family and Protective Services filed a response to appellant's motion for en banc reconsideration.

A majority of the court's members have voted to reconsider the case en banc. Therefore, we **GRANT** appellant's motion for en banc reconsideration. We **ORDER** that the case be resubmitted to the court for en banc reconsideration and

disposition with oral argument on **November 18, 2019 at 1:30 p.m.**

PER CURIAM

En Banc Court consists of Chief Justice Frost and Justices Christopher, Wise, Jewell, Bourliot, Zimmerer, Spain, Hassan, and Poissant. Justices Bourliot, Zimmerer, Spain, Hassan, and Poissant join the En Banc Order. Chief Justice Frost and Justices Christopher, Wise, and Jewell dissent to the En Banc Order. Justice Christopher authors a Dissenting Opinion, in which Justices Wise and Jewell join.

Publish.